JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY LONG, ) | Case No. ED CV 10-277-PSG (SP) |
| Petitioner, ) | |
| v. ) | **JUDGMENT** |
| MARY LATTIMORE, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: April 19, 2012

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE